1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELVARENA VAITOGI,

                Plaintiff,

      v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

              Defendant.

CASE NO.     C06-5484FDB-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, and there being no objections filed,  does hereby find and ORDER:

    (1)      the Court adopts the Report and Recommendation;

    (2)      the ALJ erred in his decision as described in the report;

    (3)      the  matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

    (4)      the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 22nd day of June 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE