# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELVARENA VAITOGI

       v.

MICHAEL ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5484FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred in his decision as described in the report; and

the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings .

   June 25, 2007                                                          BRUCE RIFKIN
Date                                                                                  Clerk

                                                                                     *s/Caroline M. Gonzalez*
                                                                                     Deputy Clerk