# United States District Court

## WESTERN DISTRICT OF WASHINGTON

ELVARENA M. VAITOGI

v.

MICHAEL J. ASTRUE

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5484FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

That plaintiff's motion to award EAJA fees, costs and expenses (Dkt #21) is GRANTED.  EAJA fees of $5444.20 and expenses of $21.13 pursuant to 28 U.S.C. §2412 is awarded to plaintiff's attorney Eitan Kassel Yanich.

October 3, 2007

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk