# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELVARENA M. VAITOGI

        v.

MICHAEL J. ASTRUE,
Commissioner of Security Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5484FDB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $10,883.35 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $5,444.20 that previously were awarded, leaving a net fee of $5,439.15. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $5,439.15, minus any applicable processing fees as allowed by statute.

| | |
|---|---|
| December 8, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |